**Order filed May 12, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00188-CV
_____

**RICARDO TIJERNIA, Appellant**

**V.**

**ROBERT WYSONG AND HOUSTON INTERNATIONAL AIRCRAFT SUPPORT, INC., Appellees**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-14628**

---

## O R D E R

Appellant's brief was due May 6, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 6, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM